JS-6

Jeffrey L. Cutler (CA Bar No.100639)
email: jcutler@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106577)
email:   erosenfeld@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA  91436
Telephone:  (818) 501-8030 ext. 313
Facsimile:  (818) 501-5306

Attorneys for Plaintiffs

CHARLES E. PURDY IV (99095)
JARED A. ROARK (292735)
**PURDY & BAILEY, LLP**
9820 Willow Creek Road, Suite 260
San Diego, CA  92131
Telephone: (858) 564-0136
Facsimile: (858) 564-0142
Email: cpurdy@purdybailey.com

Attorneys for Defendant RAL INVESTMENT CORPORATION dba SILVERSTRAND CONSTRUCTION, A DIVISION OF RAL INVESTMENT CORPORATION, dba SILVERSTRAND SPECIALTIES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### Western Division

| | |
|---|---|
| THE BOARDS OF TRUSTEES OF THE HEAT AND FROST INSULATORS AND ASBESTOS WORKERS HEALTH AND WELFARE TRUST FUND, etc., <br><br> Plaintiffs, <br> v. <br><br> RAL INVESTMENT CORPORATION, a California corporation doing business as SILVERSTRAND CONSTRUCTION, A DIVISION OF RAL INVESTMENT CORPORATION, also doing business as SILVERSTRAND SPECIALTIES, <br><br> Defendant. | **CASE NO. 2:18-cv-02183-PA-E** <br><br> **The Hon. Percy Anderson** <br><br> ORDER DISMISSING ACTION WITH PREJUDICE |

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs.

DATED: November 19, 2018  _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE